UST-27D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| WOERTH, IAN | ) | Case No. 10-02174 PHX SSC |
| WOERTH, TEINA . | ) | |
| | ) | TRUSTEE'S REPORT OF |
| Debtor(s). | ) | NO OBJECTION |

1. I, Robert A. MacKenzie, am the duly appointed Trustee in the above-referenced case.

2. On 02/04/2011 the Clerk of the Bankruptcy Court caused copies of a summary of my final report and account and application for compensation and reimbursement of expenses to be mailed to the appropriate parties as required by FRBP 2002 (f) and 2002 (a)(7).

3. The last day for filing objections to the report and application for compensation and reimbursement of expenses was 02/25/2011.

4. I have received no timely objections to the Notice of Proposed Distribution.

5. A form of order is lodged concurrently with this Report of No Objection. The Trustee respectfully requests that the Court enter the order.

| March 2, 2011 | /s/ Robert A. MacKenzie |
|---|---|
| Date | Robert A. MacKenzie, Trustee |